Matter of Yatong Ju (2025 NY Slip Op 01148)

Matter of Yatong Ju

2025 NY Slip Op 01148

Decided on February 27, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 27, 2025

PM-54-25
[*1]In the Matter of Yatong Ju, an Attorney. (Attorney Registration No. 5446737)

Calendar Date:February 24, 2025

Before:Clark, J.P., Pritzker, Lynch, Reynolds Fitzgerald and Powers, JJ.

Yatong Ju, Kirkland, Washington, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Yatong Ju was admitted to practice by this Court in 2016 and lists a business address in Kirkland, Washington with the Office of Court Administration. Ju has applied to this Court, by affidavit sworn to November 19, 2024, for leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application, contending that Ju is ineligible for nondisciplinary resignation because she has failed to fulfill her attorney registration requirements for the most recent biennial period beginning in 2024 (see Judiciary Law § 468-a; Matter of Lee, 148 AD3d 1350 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]; Rules of Chief Admr of Cts [22 NYCRR] § 118.1).
In reply to AGC's opposition, however, Ju has submitted supplemental correspondence, dated February 18, 2025, in which she attests that she is now current in her New York attorney registration requirements. Furthermore, Office of Court Administration records likewise establish that Ju has duly registered and cured any preexisting registration delinquency. Accordingly, with AGC voicing no other substantive objection to her application, and having determined that Ju is now eligible to resign for nondisciplinary reasons (compare Matter of Tierney, 148 AD3d 1457, 1458 [3d Dept 2017]; Matter of Bomba, 146 AD3d at 1227), we grant the application and accept her resignation.
Clark, J.P., Pritzker, Lynch, Reynolds Fitzgerald and Powers, JJ., concur.
ORDERED that Yatong Ju's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Yatong Ju's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Yatong Ju is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Ju is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Yatong Ju shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.